UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**UNITED STATES OF AMERICA**,

        Plaintiff,

vs.

Civil No. 08-11912
Honorable George Caram Steeh
Magistrate Judge Mona Majzoub

**FIVE THOUSAND TWO HUNDRED DOLLARS IN U.S. CURRENCY ($5,200.00 USC),**

        Defendant *In Rem*.
_____/

## DEFAULT JUDGMENT AND FINAL ORDER OF FORFEITURE

This matter having come before the Court on Plaintiff's Motion for Entry of Default Judgment and Final Order of Forfeiture, and the Court being fully advised in the premises, now, therefore:

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the Plaintiff's Motion for Entry of Default Judgment and Final Order of Forfeiture is GRANTED.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the defendant *in rem* is FORFEITED to the United States of America;

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the right, title, and ownership interests of Telano White, and that of all other persons, and their successors and assigns, are hereby and forever EXTINGUISHED, and that clear title to the defendant *in rem* is hereby VESTED in the United States of America.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the United States Marshals Service is hereby AUTHORIZED to dispose of the defendant *in rem* according to law.

s/George Caram Steeh<br>HON. GEORGE CARAM STEEH<br>United States District Judge

Dated:  September 17, 2009

*(Default Judgment and Final Order of Forfeiture, Civil No. 08-11912)*